**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

2021 AUG 31  PM 3: 38

DEPUTY CLERK_____ mb

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Raymond Gross (02)**<br><br>_____<br>*Defendant* | )<br>)  Case No.  3:21-MJ-731-BH<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Raymond Gross ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to possess with intent to distribute a controlled substance

Date: August 5, 2021

_____
*Issuing officer's signature*

City and state:   Dallas, Texas          IRMA CARRILLO RAMIREZ, U.S. Magistrate Judge
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/27/21 , and the person was arrested on *(date)* 8/27/21
at *(city and state)* Dallas, TX 75242

Date: 8/27/21

_____
*Arresting officer's signature*

Elvin Quinones USMS DO
*Printed name and title*

USMS - WDR To Dallas From CA